UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
----------------------------------------------------------------X
MAXIMINO STERLING,                      :  08-CV-02720-AKH
:
Plaintiff,              :
:  **APPEARANCE**
  - against -                           :
:  **ELECTRONICALLY FILED**
:
ALAN KASMAN DBA KASCO, *et al.*,        :
:
Defendants.             :
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       June 30, 2008

                             By:     /s/ Judith R. Cohen
                                     _____

                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501

                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.


DOCSNY-314405